Certificate Number: 05781-NJ-DE-037659599

Bankruptcy Case Number: 23-14354



05781-NJ-DE-037659599

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 8, 2023, at 11:27 o'clock AM PDT, Timothy Valeri completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   August 8, 2023              By:   /s/Allison M Geving

                                    Name: Allison M Geving

                                    Title: President