Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−14354−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Timothy G Valeri
   145 Walton St
   Edison, NJ 08817−5412

Social Security No.:
   xxx−xx−0811

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 21, 2023.

Dated: August 21, 2023
JAN: rms

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 23-14354-CMG
Timothy G Valeri     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Aug 21, 2023     Form ID: plncf13     Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Timothy G Valeri, 145 Walton St, Edison, NJ 08817-5412 |
| 519922463 | + | Middlesex County Sheriff's Office, Att: Sheriff Sales, 701 Livingston Ave., New Brunswick, NJ 08901-3345 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 21 2023 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 21 2023 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519956019 | + | Email/Text: bankruptcy@cavps.com | Aug 21 2023 20:36:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519922459 | + | Email/Text: convergent@ebn.phinsolutions.com | Aug 21 2023 20:36:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy Attn: Bankruptcy, 800 SW 39th St , Ste 100, Renton, WA 98057-4927 |
| 519922460 | | Email/Text: bankruptcycourts@equifax.com | Aug 21 2023 20:35:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 519922461 | ^ | MEBN | Aug 21 2023 20:31:38 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519922462 | ^ | MEBN | Aug 21 2023 20:31:41 | KML Law Group, P.C., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 519931141 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2023 20:55:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519966663 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 21 2023 20:55:28 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519922464 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 21 2023 20:44:38 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 519922465 | ^ | MEBN | Aug 21 2023 20:31:37 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Aug 21, 2023 | Form ID: plncf13 | Total Noticed: 13

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2023 at the address(es) listed below:**

**Name** | **Email Address**

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Justin M Gillman
on behalf of Debtor Timothy G Valeri ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4