**GILLMAN, BRUTON & CAPONE, LLC**
Justin M. Gillman, Esq.
770 Amboy Avenue
Edison, NJ 08837
Telephone: (732) 661-1664
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

Order Filed on October 5, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Timothy Valeri, | Case No. 23-14354 |
| Debtor(s). | Hearing Date: October 4, 2023 |
| | Judge: Christine M. Gravelle |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: October 5, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

4874-1463-4363, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Justin Gillman _____, the applicant, is allowed a fee of $_____6,489.00_____ for services rendered and expenses in the amount of $_____623.55_____ for a total of $_____7,112.55_____. The allowance is payable:

☒ $__4,112.55__ through the Chapter 13 plan as an administrative priority.

☒ $__3,000.00__ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____755.00_____ per month for __55__ months beginning November 2023 to allow for payment of the above fee.

rev.8/1/15

2

4874-1463-4363, v. 1