Justin M. Gillman, Esq. (038891997)
**GILLMAN, BRUTON & CAPONE, LLC**
770 Amboy Avenue
Edison, New Jersey 08837
(732) 661-1664 (Tel.)
(732) 661-1707 (Fax)
ecf@gbclawgroup.com (E-Mail)
Attorneys for Debtor(s)

**Order Filed on October 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| **Timothy G Valeri** | Case No. 23-14354-CMG |
| Debtor(s) | Hearing Date: 10/4/2023 |
| | Judge: Christine M. Gravelle, U.S.B.J. |

**ORDER EXPUNGING PROOF OF LVNV FUNDING, LLC (CLAIM NO. 1-1)**

The relief set forth on the following pages, numbers two (2) through two (2) is hereby ORDERED.

**DATED: October 6, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

In Re: Timothy G. Valeri
Case No: 23-14354-CMG

ORDER EXPUNGING PROOF OF CLAIM OF LVNV FUNDING, LLC (CLAIM NO. 1-1)

THIS MATTER having been brought before the Court by way of the Debtor's Motion to Expunge the Proof of Claim of LVNV Funding, LLC (Claim No. 1-1) in the amount of $10,096.27; Justin M. Gillman, Esq., Gillman, Bruton & Capone, LLC, appearing; and Notice of the within Motion having been given and parties having been given timely Notice of the Motion; and the Court having considered the submissions to it; and for Good Cause Shown;

IT IS ORDERED THAT the Proof of Claim filed by LVNV Funding, LLC (Claim No. 1-1) in the amount of $10,096.27, is hereby EXPUNGED.