Justin M. Gillman, Esq. (038891997)
**GILLMAN, BRUTON & CAPONE, LLC**
770 Amboy Avenue
Edison, New Jersey 08837
(732) 661-1664 (Tel.)
(732) 661-1707 (Fax)
ecf@gbclawgroup.com (E-Mail)
Attorneys for Debtor(s)

**Order Filed on October 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>**Timothy G Valeri**<br><br>Debtor(s) | Chapter 13<br><br>Case No. 23-14354-CMG<br><br>Hearing Date: 10/4/2023<br><br>Judge: Christine M. Gravelle, U.S.B.J. |

**ORDER EXPUNGING PROOF OF LVNV FUNDING, LLC (CLAIM NO. 1-1)**

The relief set forth on the following pages, numbers two (2) through two (2) is hereby ORDERED.

**DATED: October 6, 2023**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

In Re: Timothy G. Valeri
Case No: 23-14354-CMG

ORDER EXPUNGING PROOF OF CLAIM OF LVNV FUNDING, LLC (CLAIM NO. 1-1)

THIS MATTER having been brought before the Court by way of the Debtor's Motion to Expunge the Proof of Claim of LVNV Funding, LLC (Claim No. 1-1) in the amount of $10,096.27; Justin M. Gillman, Esq., Gillman, Bruton & Capone, LLC, appearing; and Notice of the within Motion having been given and parties having been given timely Notice of the Motion; and the Court having considered the submissions to it; and for Good Cause Shown;

IT IS ORDERED THAT the Proof of Claim filed by LVNV Funding, LLC (Claim No. 1-1) in the amount of $10,096.27, is hereby EXPUNGED.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-14354-CMG |
| Timothy G Valeri | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 06, 2023 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Timothy G Valeri, 145 Walton St, Edison, NJ 08817-5412 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Debtor Timothy G Valeri ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4