| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
Chapter 13 Case No. 23-14354 / MEH

Timothy G Valeri

Petition Filed Date: 05/22/2023
341 Hearing Date: 06/22/2023
Confirmation Date: 08/16/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2024 | $755.00 | | 02/22/2024 | $755.00 | | 03/21/2024 | $755.00 | |
| 04/22/2024 | $755.00 | | 05/22/2024 | $755.00 | | 06/24/2024 | $755.00 | |
| 07/22/2024 | $755.00 | | 08/21/2024 | $755.00 | | 09/23/2024 | $755.00 | |
| 10/22/2024 | $755.00 | | 11/21/2024 | $755.00 | | 12/23/2024 | $755.00 | |

**Total Receipts for the Period:  $9,060.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $15,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Timothy G Valeri | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Justin M. Gillman, Esq.<br>»»  ATTY DISCLOSURE/ORDER 10/5/23 | Attorney Fees | $4,112.55 | $4,112.55 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC/EXPUNGED 10/6/23 | Unsecured Creditors<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 2 | CAVALRY SPV I, LLC<br>»»  FIA CARD SERVICES, NA/DC-002787-10 | Unsecured Creditors | $164.61 | $0.00 | $164.61 |
| 3 | MIDFIRST BANK<br>»»  P/145 WALTON ST/1ST MTG | Mortgage Arrears | $34,377.90 | $8,459.17 | $25,918.73 |

**Chapter 13 Case No. 23-14354 / MEH**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,000.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $12,571.72 | Current Monthly Payment: | $755.00 |
| Paid to Trustee: | $1,046.64 | Arrearages: | ($735.00) |
| Funds on Hand: | $1,381.64 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

